IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dora Staley, ) | C/A No.: 3:19-2962-MGL-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Federal Bureau of Investigation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of her constitutional rights by the Federal Bureau of Investigation ("Defendant"). On April 9, 2020, Defendant filed a motion to dismiss. [ECF No. 30]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of the motion and of the need for her to file an adequate response by May 12, 2020. [ECF No. 32]. Plaintiff was specifically advised that if she failed to respond adequately, the motion may be granted. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Defendant's motion.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Defendant's motions. As such, it appears to the court that she does not oppose the motions and

wishes to abandon this case. Based on the foregoing, Plaintiff is directed to advise the court whether she wishes to continue with this case and to file a response to the motion to dismiss by May 29, 2020. Plaintiff is further advised that if she fails to respond, the undersigned will recommend this case be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

May 15, 2020                                              Shiva V. Hodges
Columbia, South Carolina                  United States Magistrate Judge